# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| LATREZZ SINGLETON, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-14 |
| | * | |
| v. | * | |
| | * | |
| OFFICER BIEGEL; CORPORAL MALONE; and SERGEANT VALLEJO, in their individual and official capacities, | * * * | |
| | * | |
| Defendants. | * | |

**O R D E R**

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 9. No party to this action filed Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's monetary damages claims against Defendants in their official capacities. Plaintiff's excessive force and deliberate indifference claims against Defendants remain

pending.  Dkt. No. 10.

**SO ORDERED**, this 6th day of January, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)