IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| LATREZZ SINGLETON,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER BIEGEL; CORPORAL MALONE; and SERGEANT VALLEJO,<br><br>    Defendants. | CIVIL ACTION NO.: 2:20-cv-14 |

**O R D E R**

This matter is before the Court on the January 22, 2021 Report and Recommendation, doc. 18, and Plaintiff's notification of an update in his address, doc. 21.  In this Report, I recommended the Court dismiss without prejudice Plaintiff's Complaint for failure to follow this Court's Orders and Local Rules after this Court's mailings were returned as undeliverable.  Doc. 18 at 1–2.  As Plaintiff has now updated his address with the Court, I **VACATE** the January 22, 2021 Report and Recommendation.  The Court's service Order and Scheduling Notice shall govern the parties' actions throughout the course of litigation in this case.  Docs. 10, 23.

**SO ORDERED**, this 19th day of February, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA