# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| LATREZZ SINGLETON, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-14 |
| | * | |
| v. | * | |
| | * | |
| OFFICER BIEGEL; CORPORAL MALONE; | * | |
| and SERGEANT BALLEJO, | * | |
| | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 37. Plaintiff filed Objections to the Report and Recommendation, and Defendants filed a Response. Dkt. Nos. 38, 39.

In his Objections, Plaintiff asks the Court to accept his answers to Defendants' interrogatories and requests. Dkt. No. 38 at 1. Plaintiff explains his delay in providing responses was due to restrictions relating to the COVID-19 pandemic, as well as his indigent status. Id. at 2; Dkt. No. 38-1 at 2.

Defendants note Plaintiff filed no specific objection to the Magistrate Judge's findings and recommendation and, therefore, the Court need only review the unobjected to portions

AO 72A
(Rev. 8/82)

of the Report for clear error. Dkt. No. 39 at 2-3. Additionally, Defendants note Plaintiff has not served upon them any responses to their discovery requests. Id. at 3.

Plaintiff's Objections are not responsive to the Magistrate Judge' Report and Recommendation. Plaintiff did not comply with the Court's Order to respond to Defendants' Motion to Dismiss, nor did he respond to the Motion to Dismiss. Dkt. No. 34. Plaintiff had ample time to either respond to the Motion to Dismiss or respond to the Court's April 19, 2021 Order prior to the issuance of the Report and Recommendation and failed to do so. Plaintiff filed a motion to appoint counsel on April 14, 2021, and any restrictions COVID-19 placed on him could have been explained to the Court before the Magistrate Judge issued his Report and Recommendation, since it appears Plaintiff was not completely without the ability to submit matters for the Court's consideration. Moreover, Plaintiff's belated attempt to engage in the discovery process does not appear to be successful based on Defendants' representation.

Accordingly, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Orders and failure to prosecute, **DENIES as moot** Defendants' Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter

2

the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

    **SO ORDERED**, this ____14____ day of ____June____, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)